UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J.N.,

Plaintiff,

- against -

CIGNA HEALTH AND LIFE INSURANCE COMPANY, ET AL.,

Defendants.

26-cv-7150 (JGK)

Order

**John G. Koeltl, District Judge:**

The parties are ordered to submit a Rule 26(f) Report by **November 20, 2026.**

**SO ORDERED.**

**Dated:** New York, New York
November 5, 2026

John G. Koeltl
United States District Judge